HELEN SHORE, PLAINTIFF-RESPONDENT, v. WILLIAM SHORE, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued August 11, 1952—Decided August 19, 1952.

Before Judges JOSEPH L. SMITH, DAVIDSON, and STANTON.

*Mr. Paul C. Kemeny* argued cause for appellant.

*Mr. Leslie H. Cohen* argued cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Advisory Master Tomasulo, 17 *N. J. Super.* 320 (*Ch. Div.* 1951).

A counsel fee of $350 is hereby granted to Mr. Cohen, representing the respondent.